# UNITED STATES DISTRICT COURT
### for the
### Southern District of Illinois

Demetrius D. Moore )
_____ )  Case Number: 20-964-SMY
_____ )  (Clerk's Office will provide)
_____ )
Plaintiff(s)/Petitioner(s) )
v. )
_____ ) ☒ CIVIL RIGHTS COMPLAINT
City of Alton, Illinois, ) pursuant to 42 U.S.C. §1983 (State Prisoner)
Unknown Detective of Alton PD ) ☐ CIVIL RIGHTS COMPLAINT
State Attorney Katie Warren office ) pursuant to 28 U.S.C. §1331 (Federal Prisoner)
Madison County States Attorney ) ☐ CIVIL COMPLAINT
_____ ) pursuant to the Federal Tort Claims Act, 28 U.S.C.
Defendant(s)/Respondent(s) ) §§1346, 2671-2680, or other law

## I. JURISDICTION

Plaintiff: Demetrius D. Moore

A. Plaintiff's mailing address, register number, and present place of confinement.

Randolph County Jail
200 W. Buena Vista
Chester, IL. 62233

**Defendant #1:**

B. Defendant _City of Alton, Illinois_ is employed as
(a) (Name of First Defendant)

_the City of Alton, Illinois_
(b) (Position/Title)

with _Alton, Illinois City_
(c) (Employer's Name and Address)

_____

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?  ☒ Yes   ☐ No

If your answer is YES, briefly explain: the City of Alton is the City of Alton, Illinois. who employed Unknown Detective of Alton PD. which is over the Unknown Detective Defendant and other Officers employed by the City

Rev. 10/3/19

**Defendant #2:**

C. Defendant _Unknown Detective of Alton_ is employed as

(Name of Second Defendant)

_Detective with the Alton police Department_
(Position/Title)

with _the City of Alton, Illinois_
(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☑ Yes ☐ No

If you answer is YES, briefly explain: _Unknown Detective of Alton PD. is Employed with the Defendant City of Alton, Illinois, who Job is to Conduct an interview Defendants in Crimes, and to investigate Crimes before Charging a person with a Crime._

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).
_States Attorney Katie Warren is an Madison County Assistant State's Attorney, who Job is prosecute Criminal Case(s), for the Defendant Madison County State's Attorney office. Defendant States Attorney Katie Warren and Defendant Madison County States Attorney office Address is 157 N. Main St. Edwardsville, Illinois. 62025._

1. _Defendant Madison County States Attorney office is Employed by the Madison County State of Illinois, to prosecute Criminal Cases for the State of Illinois. Address 157 N. Main St. Edwardsville Illinois, 62025._

Rev. 10/3/19

II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☐Yes ☑No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1. Parties to previous lawsuits:
   Plaintiff(s): N/A

   Defendant(s): N/A

2. Court (if federal court, name of the district; if state court, name of the county): N/A

3. Docket number: N/A

4. Name of Judge to whom case was assigned: N/A

5. Type of case (for example: Was it a habeas corpus or civil rights action?): N/A

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

Rev. 10/3/19

7. Approximate date of filing lawsuit: N/A

8. Approximate date of disposition: N/A

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"  N/A

III. **GRIEVANCE PROCEDURE**

A. Is there a prisoner grievance procedure in the institution? ☐ Yes ☑ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☐ Yes ☑ No

C. If your answer is YES,
   1. What steps did you take? Demand Speedy Trial

   2. What was the result? None

D. If your answer is NO, explain why not. Courts has not set an trial date in the case.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☑ No

F. If your answer is YES,
   1. What steps did you take? N/A

Rev. 10/3/19

  2. What was the result? N/A

G. If your answer is NO, explain why not. N/A

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

(No prison Issue)

Rev. 10/3/19

## IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

1. According to the amended Criminal information, On December 3, 2018, plaintiff, Demetrius D. Moore intended to defraud Chase bank by obtaining goods and Representing that he was Ramon Lampas Espinoza, the holder of the Chase bank Credit Card. Date of Arrest was Recorded on 4-23-2019. (2.) plaintiff, Demetrius D. Moore is the Owner of Moore's Construction, LLC. located in Belleville, Illinois Illinois licensed Subcontractor. On September 18, 2018 Ramon Lampas Espinoza Signed a Contract with plaintiff to have over 200 properties Repaired. plaintiff Supervised the work at the properties of his employeeses. Ramon hired plaintiff and his Company Employees as Carpenters to perform everyday work on many properties of Re-Construction, plaintiff employees had inspected and installed work "Such" as Roofing, Soffit, gutter, Window and Flooring, painting and Siding work. Ramon Lampas Espinoza Breach many Contract by going back on Signed Contract Agreements and having "SEX" with plaintiff former employees for money. Ramon Lampas Espinoza workmanlike Manner was getting out of hand, plaintiff advised Ramon Lampas Espinoza that his Company Could No longer perform work for him do to his Conduct and many breach of Contracts. Ramon Lampas Espinoza begin to "Rob peter to pay paul" by going to the Granite City police Station sometime in 2018 to file false police Reports Stating plaintiff forged and took him Company Checks. plaintiff showed granite City Detective Recordings in his phone of Ramon Lampas writing

Company check used to paid to him for work he performed. Ramon Campos Espinoza then hire plaintiff brothers James Johnson and Timothy Johnson and drug users to work for him. Months later in 2019 plaintiff was charge wrongfully in Violation of Section 8 of Illinois Credit Card act. 720 ILCS 5/17-36, Stating that the plaintiff knowingly and unlawfully used the Credit Card of Ramon Campos Espinoza a person over the age of 60 years of age without his consent. Unknown Detective Defendant alleged the plaintiff knowingly Entered Cheapie Tire Shop in the City of Alton, Illinois, with the intent to committ a Felony therein. That Felony being unlawful use of a Credit Card of Ramon Campos Espinoza. The Evidence introduced during the time the Warrant was issued by the Defendant Madison County States Attorney. Unknown Detective of Alton PD stated the plaintiff Entered Cheapies tire shop in the City of Alton, Illinois. and purchased Four 28 inch Tires for a 2004 Black on Black Cadillac Escalade truck. which was scheduled for installation the Same day of the purchase. The Card Statements of Ramon Campos Espinoza revealed the purchases of the Tires any many other unknown Unauthorized purchases. The two Suspects in the photo on Cheapies Tires Camera are not the plaintiff or do not show the plaintiff was with the suspects at the time of the purchase of the Tires. Suspect looks to be plaintiff brother Ramon Campos Espinoza hired to work for him. plaintiff Brother Timothy Johnson and a unknown black male was in the photo. Charges against timothy Johnson was dismissed on him Nolle prosequi for 3 years on a Domestic Battery. Evidence established do not show plaintiff was ever involved in this case before he was Wrongfully charge and detained. plaintiff was never in possession of the Stolen Credit Card nor the Tires purchased with the Credit Card or in possession of any of the Stolen goods from the Credit Card purchase. plaintiff owned at the time a 2018 Chevy Corvette black, white 2018 Cadillac Escalade, 2014 Ford F-150 King Ranch money green, 2018 Mercedes Benz CLK 500, 2017 Ford E-150 Company van,

2004 Chevy pickup truck. No SSN and no photo of plaintiff car or Truck was in the photo at Cheapras Tire shop. the agency charge the plaintiff was the City of Alton Defendant. Defendant Madison County States Attorney Office and Defendant States Attorney Katie Warren Still tryed to prosecute the the plaintiff on charges they knew he did not Committ. plaintiff have demand a speedy trial on November 12, 2019 For Defendant States Attorney Katie Warren and Defendant Madison County States Attorney Office to proceed to bring him to trial on the charge within the 160 days as allowed by law. which they Failed to do So on June 17, 2020 plaintiff Filed a Motion to Dismiss Charges still left pending. all Defendants are being sued in there individual Capacity. plaintiff should not have been subject to arrest and prosecution. there was no probable cause to arrest and him being detained. despite all the Defendant(s) knowing that the information was False. plaintiff was still held and charged in Madison County Circuit Court. there was and there is no Evidence tying plaintiff to the Crime. Unknown Detective of Alton PD and Defendant City of Alton, Illinois should be held liable For Malicious prosecution, both Defendants acted with malice.

Claim 1. False arrest and False imprisonment Unknown Detective of Alton PD and City of Alton, Illinois provided False and misleading evidence to Secure plaintiff charge. he was Arrested without any probable cause, In violation of his 4 Amendment right.

Claim 2. <u>Malicious prosecution</u>: Defendant Unknown Detective of Alton PD and Defendant City of Alton, Illinois with respect to the plaintiff arrest. detained and cause prosecution by Federal Circuit Court. United States District Court for the Southern District. In violation of plaintiff 4 Amendment right.

14. You have a continuing obligation to keep the Court and each opposing party informed of any change in your address. The Court will not independently investigate your whereabouts. You must notify the Court in writing of your new address within 7 days after a transfer or other change in address occurs. Failure to do so may result in dismissal of your case.

15. Self-representation carries certain responsibilities and risks that a *pro se* litigant should know before proceeding. The court encourages all individuals who are thinking about self-representation to carefully review the risks associated with self-representation and to be aware of the potential consequences. Rule 11 of the Federal Rules of Civil Procedure prohibits the filing of lawsuits that are clearly frivolous or filed merely to harass someone. If, after reviewing your complaint, a judge determines that you have filed a lawsuit for an improper or clearly unnecessary purpose, it may impose sanctions against you, including ordering you to pay a fine to the court or to pay the legal fees of the person or persons against whom you filed the lawsuit. The court has a form motion with which you may request appointment of counsel. If you wish to file such a motion, you may request the appropriate form from the clerk's office. Ordinarily, the court will not consider your motion until **after** you have filed your complaint and permission to proceed without prepaying fees or costs has been granted. Bear in mind that there is no right to counsel in a civil case, and motions to appoint counsel are not automatically granted.

16. When your complaint is complete, submit it to prison library staff (if you are at an institution that participates in the electronic filing program) or mail the original and any supporting exhibits (and an extra copy if you want a file-stamped copy returned to you), along with the **$400.00** filing fee or a motion to proceed *in forma pauperis*, to either:

**Clerk of the Court**
**United States District Court**
**Southern District of Illinois**
**301 West Main Street**
**Benton, IL 62812**

**Clerk of the Court**
**United States District Court**
**Southern District of Illinois**
**750 Missouri Avenue**
**East St. Louis, IL 62201**

Page 4 of 4

Claim 3: Malicious Prosecution: Defendant States Attorney Katie Warren and Defendant Madison County States Attorney office was Malicious, when they charge the plaintiff with unlawful use of a Credit Card Fabricated Evidence was used to charge the plaintiff, and both Defendants knowingly and Unlawfully charge plaintiff knowing the charge to be False, in violation of the plaintiff 4th Amendment right and due process of law.

Wherefore, Count 1. plaintiff respectfully request that Defendant Alton Unknown Detective and Defendant City of Alton, ILLINOIS pay Court Cost and Fee's and $250,000.00 cash in punitive Damages For False arrest and False imprisonment. each Defendant Sued in there individual Capacity and such Relief this Court deems and Just.

Wherefore, Count 2. plaintiff Respectfully request that Defendant Unknown Detective of Alton PD and Defendant City of Alton, ILLINOIS pay Cost in the Amount $10,000 in Monetary and $100,000.00 in punitive damages for Malicious prosecution and such Relief this Court deems Just.

Wherefore, on Count 3. plaintiff Respectfully request Defendant Madison County States Attorney office and Defendant States attorney Katie warren pay punitive Damages in the amount of $350,000.00 For Malicious prosecution and such relief this Court deems and Just.

**WATSON, PIERRE**
**01/03/1978**

( ) Telemedicine    ( ) New Visit    ( ) Follow-up
( ) MD    ( ) NP/PA    (✓) Nurse

**Medical Progress Note**

Date: 5-13-17    Time: 2:10 pm

Patient Name: Watson, Pierre    DOB:    Age:
Allergies:    Inmate ID #:

Subjective Complaint: Developed Rash: was Tx for scabies   Duration:
has been using Dove soap which helps keep rash from
coming back. Was at Warrenton. Marshals are paying
for what he needs. ≈ Deodorant - dye - perfume free

(margin notes: Dove Shampoo / Tonic / Tally Deodorant)

Vitals: BP: 140/91   Pulse: 83   Resp: 17   Temp: 96.6   Weight: 176   Pulse Oximetry: 99%

**Objective**    [Labs]    [X-rays]

Eye:
Head/Ear/Nose/Throat:
Lungs/Chest:
Heart:
Abdomen:
Genito-Urinary:
Musculoskeletal:
Skin:  no rash - has scares from previous rash
Neuro:  says if he doesn't
Other:

Practitioner Assessment: (1) Request Dove products, due to recurred
when not using solution & dye/perfume free soap/
shampoo/deodorants.

Plan: (1) May have dye free products for
hygiene as needed for skin condition
as provided by Marshal Service.

(margin: Released to jail 5/13/17)

No other complaints by patient:
Follow-up: (1) as needed
Patient Education: Keep area dry & clean. Report any changes
Orders Processed By: [signature]

Nurse Signature: [signature]
Practitioner Signature: [signature]  DSB 5/15/17

MO-03
Reviewed: 02/2014
Revised: 02/2014

Count 4: Unlawfully Detained and Unlawful Arrest 4th Amendment Violation. Unknown Detective and City of Alton, Illinois should be held liable for the plaintiff being unlawful detained in Custody for No probable Cause to charge and detain the plaintiff. Detain without probable Cause to Arrest.

Wherefore, plaintiff respectfully request that the Defendant Unknown Detective of Alton PD and City of Alton, Illinois pay $10,000 cash for pain and suffering and emotional Distress. and $30,000 in punitive Damages for the unlawfully Detain of plaintiff and such relief this Court deems Just.

Demetrius D. Moore
Demetrius D. Moore
Randolph County Jail
203 W. Buena Vista
Chester, IL 62233
9-16-2020

If you have special skills or expertise, you must use those special skills and expertise when acting for the principal. You must disclose your identity as an agent whenever you act for the principal by writing or printing the name of the principal and signing your own name "as Agent" in the following manner:

"(Principal's Name) by (Your Name) as Agent"

The meaning of the powers granted to you is contained in Section 3-4 of the Illinois Power of Attorney Act, which is incorporated by reference into the body of the power of attorney for property document.

If you violate your duties as agent or act outside the authority granted to you, you may be liable for any damages, including attorney's fees and costs, caused by your violation.

If there is anything about this document or your duties that you do not understand, you should seek legal advice from an attorney.

(**NOTE**: This amendatory Act of the 96th General Assembly deletes provisions that referred to the one required witness as an "additional witness", and it also provides for the signature of an optional "second witness".)

# STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
## MADISON COUNTY

PEOPLE OF THE STATE OF ILLINOIS
vs.

No.: 2019 CF 001333

DEMETRIUS D. MOORE JR
M/ BLK September 14, 1989
527 N 82ND STREET
EAST ST LOUIS, IL 62071

Agency: ALTON, CITY OF
Status: NOT IN CUSTODY

## WARRANT OF ARREST

TO ALL PEACE OFFICERS IN THE STATE OF ILLINOIS:
You are hereby commanded to arrest DEMETRIUS D. MOORE JR and bring said person without unnecessary delay before the presiding judge of the Circuit Court of the Third Judicial Circuit, Madison County, Illinois, in the courtroom usually occupied by him in the Madison County Courthouse in the City of Edwardsville, or if he is absent or unable to act, before the nearest or most accessible court in said County, to answer a charge made against said person for the offense of FTA - TRIAL - USE FORGED CR / DEBIT CARD / >$300 and hold said person to bail.

Pursuant to the provisions of 725 LCS 5/110-7(i), a $75 fee is assessed on FTA Warrants. Payment of this fee is not a condition of release.

AUG 05 2019

The amount of bail is NO BOND.
ISSUED AT MADISON COUNTY, ILLINOIS, _____

_____ (JUDGE)

## ORDER FOR MITTIMUS (FELONY ONLY)

In conjunction with the warrant of arrest issued this date, IT IS ORDERED that the warrant be served on the defendant in the area jail as soon as possible. If defendant cannot post bail, he shall be transported to the Madison County Jail by noon the following day. Upon his arrival at the jail, Pretrial Services shall run a criminal history and defendant shall make his appearance before the duty judge at 1:30 p.m. This order shall serve as mittimus.

State of Illinois )
                  ) ss.
County of         )

## RETURN OF SERVICE

I have executed the within Warrant by arresting the within-named defendant. In accordance with the provisions of 725 ILCS 5/110-9, defendant released on bail in sum of $_____, with security: (describe)_____
Surety (name/address)_____
this _____ day of _____, 20____, to appear in court on the _____ day of _____, 20____, at _____ M o'clock, Central Time.
FEES: Service and Return $_____; Mileage _____ mi. @ _____ c) $_____ TOTAL :$_____

WARRANT RECEIVED
FROM JUDGE

AUG 07 2019

WARRANT [illegible]
FROM SA[illegible]
SENT TO JUDGE

JUL 19 2019

W19K5880

V. **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

*Stated in Complaint*

VI. **JURY DEMAND** (*check one box below*)

The plaintiff ☑ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: *9-16-2020* (date)

*Demetrius D. Moore*
Signature of Plaintiff

*200 W. Buena Vista*
Street Address

*Demetrius D. Moore*
Printed Name

*Chester, IL 62233*
City, State, Zip

*0136958*
Prisoner Register Number

_____
Signature of Attorney (if any)

Rev. 10/3/19

## CERTIFICATE OF SERVICE

I certify that a copy of this _1983 Complaint_ was mailed/delivered
(Name of Document)

to _United States District Court_ on _9-16-2020_.
(Name and Address of Party/Attorney)            (Date)

_D. Moore_
Signature

_Demetrius Moore_
Printed Name

Demetrius D. Moore
Randolph County Jail
200 W. Buena Vista
Chester, IL. 62233



MAIL CLEARED
US MARSHALS

This correspondence is from a person incarcerated at Randolph County Jail.

Legal Mail

Clerk of Court
United States District Court
Southern District of Illinois
750 Missouri ave.
East St. Louis, IL. 62201

Legal Mail

Legal Mail

RECEIVED
SEP 21 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE